# UNITED STATES DISTRICT COURT
### Western District of Virginia
**116 North Main Street**
**Harrisonburg, Virginia 22802**

**JULIA C. DUDLEY**
**CLERK**
**(540) 434-3181**

**July 21, 2014**

Re: Parker Compound Bows, Inc. v. Huner's Manufacturing Company, Inc.
    Civil Action 5:14cv00004

Dear Counsel:

    This case has been assigned to District Judge Michael F. Urbanski and will be given a trial date in approximately eight months, unless an earlier date is requested by the parties.

    Please confer among yourselves and arrange a conference call with District Judge Urbanski's judicial assistant, Sue DePuy at (540) 857-5124, within a week from the date of this letter in order to set a specific trial date.  If a response is not received, we will assume that any date chosen in approximately eight months will be acceptable.

    Any hearings on non-dispositive motions, which include motions concerning discovery, will be scheduled and heard by Magistrate Judge Joel C. Hoppe. Please contact his office at (540) 434-3181, ext. 2 and speak with his scheduling clerk, Karen Dotson, for a hearing date. Hearings on dispositive motions, such as motions to dismiss, summary judgment, or motion in limine will be scheduled by Ms. DePuy. Please call her at the above number.

The court wants all discovery completed and all pre-trial motions filed within thirty days of the trial date. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond before the thirty-day deadline.

    If you wish to have additional pretrial deadlines or wish to alter this schedule, please contact Magistrate Judge Joel C. Hoppe.

                                                         Very truly yours,

                                                         s/ Karen Dotson
                                                          Deputy Clerk

cc:  All Counsel
     Sue DePuy
     Law Clerk
     File