IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| PARKER COMPOUND BOWS, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:14cv4 |
| | ) | |
| HUNTER'S MANUFACTURING | ) | |
| COMPANY, INC. d/b/a TENPOINT | ) | |
| CROSSBOW TECHNOLOGIES, | ) | By:   Joel C. Hoppe |
|     Defendant. | ) | United States Magistrate Judge |

**ORDER**

On November 17, 2014, the Court held a conference call to discuss with the parties a number of discovery-related matters.

After conferring to attempt to resolve their disputes regarding entry of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties have been unable to agree on the terms of a protective order. Accordingly, each party shall file a brief and proposed protective order no later than November 24, 2014. Each party may file a brief in response no later than December 1, 2014.

The Defendant requested an extension to respond to Plaintiff's interrogatories and request for production of documents. According to the parties, the responses were initially due on November 3, 2014, and Plaintiff allowed a 10 day extension. Defendant has responded to the discovery requests, noting a number of objections,[1] but has yet to produce any of the requested documents. Defendant requests a further extension to produce documents. Accordingly, no later than December 5, 2014, Defendant shall produce documents in response to Plaintiff's request for production. Defendant need not produce any confidential documents until the Court has entered a protective order.

---

[1] The parties stated their intent to meet and confer regarding the objections, which are not before the Court.

1

To account for the extension given Defendant to produce documents, the Amended Scheduling Order, ECF No. 26, is hereby **amended** as follows:

1. On or before December 12, 2014, Parker Compound Bows, Inc., shall serve upon Hunter's Manufacturing Company, Inc., its Noninfringement Contentions.

2. On or before January 19, 2014, Parker Compound Bows, Inc., shall serve upon Hunter's Manufacturing Company, Inc., its Preliminary Invalidity and Unenforceability Contentions.

All other deadlines in the Scheduling Order remain unchanged.

It is so Ordered.

ENTERED: November 17, 2014.

Joel C. Hoppe
United States Magistrate Judge