# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Parker Compound Bows, Inc.,**

vs.

**Hunter's Manufacturing Company, Inc.,**

Action No:   5:14CV00004

Date:   5/11/2015

Judge:   Michael F. Urbanski, USDJ

Court Reporter:   Carol Jacobs

Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

Brian Riopelle, Daniel Fitch, Justin Lowery, Lauren Darden

Defendant Attorney(s)

John Skeriotis, Sergey Vernyuk, Erin Ashwell

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present by counsel for Markman Hearing.   Opening statements Parker (Fitch) and Hunter's (Skeriotis).   Argument on terms.   Recess.   Response and further argument.   Recess for lunch and to return at 2pm.

Parties present and resume argument on terms – Court directs parties by oral order to docket power point presentations in ECF and identify them as being part of this hearing.   Court addresses claims/terms parties wish to have construed -   parties continue argument.

Court addresses parties, adjourns.

Time in Court:   9:31-11:22; 11:41-12:50; 2:00-5:20

6 hours 20 mins